**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1352

AUBREY J. EL,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA, Department of Social
Services, Ex Rel Margo El, Anthony Conyers,
Jr., Commissioner for the Commonwealth of
Virginia Department of Social Services;
NATHANIEL L. YOUNG, JR., Individually and in
his Official Capacity as Director of the
Commonwealth of Virginia Department of Social
Services, Division of Child Support
Enforcement,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, District
Judge. (3:05-cv-00648-REP)

Submitted: July 25, 2006                    Decided: July 31, 2006

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Aubrey J. El, Appellant Pro Se.  Judith Williams Jagdmann, James
Walter Hopper, Edward Meade Macon, OFFICE OF THE ATTORNEY GENERAL
OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Aubrey J. El appeals the district court's orders denying his 42 U.S.C. § 1983 (2000) action and his motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. El v. Commonwealth of Va., No. 3:05-cv-00648-REP (E.D. Va. Feb. 10, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED